IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00671-WYD-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

2001 PORSCHE 911 TURBO, VIN WP0AB29981S685799
2000 VOLKSWAGEN JETTA, VIN 3VWTE29M9YM148444,
2003 RANGE ROVER, VIN SALME11463A129135,
2004 BMW 5251, VIN WBANA53504B854260, and
$100,000.00 IN UNITED STATES CURRENCY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

 This matter is before the Court on the **Uncontested Motion to Vacate Status Conference** [docket no. 15, filed July 11, 2007] (the "Motion").

 IT IS ORDERED that the Motion is GRANTED and the Status Conference set for July 16, 2007, is **VACATED**.

 IT IS FURTHER ORDERED that the parties are to submit a Status Report on or before **September 21, 2007**.

DATED:  July 12, 2007