IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00671-WYD-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2001 PORSCHE 911 TURBO, VIN WP0AB29981S685799,

2000 VOLKSWAGEN JETTA, VIN 3VWTE29M9YM148444,

2003 RANGE ROVER, VIN SALME11463A129135,

2004 BMW 525I, VIN WBANA53504B854260,

$100,000.00 IN UNITED STATES CURRENCY,

        Defendants.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

-1-

THAT the only party to have filed a Claim and Answer was Than Hau; however, on October 5, 2007, Hau withdrew his Claim and Answer and is therefore no longer a party to this action;

THAT no other claims to the defendant property have been filed by any other party; and

THAT it further appears there is cause to issue a forfeiture order for the defendant properties under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' Motion for Final Order of Forfeiture and Judgment (filed October 17, 2007) is granted;

THAT judgment of forfeiture of defendants 2001 Porsche 911 Turbo, VIN WP0AB29981S685799, 2000 Volkswagen Jetta, VIN 3VWTE29M9YM148444, 2003 Range Rover, VIN SALME11463A129135, 2004 BMW 525I, VIN WBANA53504B854260, and $100,000.00 in United States Currency is entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited properties, and may dispose of them in accordance with law; and

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to all of the defendant property.

Dated: November 19, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge